UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Colleen Green v. Bayer Corp., et al.*        No. 3:11-cv-12992-DRH

*Amy Mahmud, et al., v. Bayer Corp., et al.*   No. 3:12-cv-11094-DRH

*Alisha Vinson v. Bayer Corp., et al.*        No. 3:10-cv-12428-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 25, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
          **Deputy Clerk**

Dated:  June 27, 2013

APPROVED:
     David R. Herndon
     2013.06.27
     15:23:10 -05'00'

     CHIEF JUDGE
     U. S. DISTRICT COURT